CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 26 2012

JULIA ___, CLERK
BY:
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 5:06cr00054-1 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JUAN EVANGELISTA CASTRO | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby

**ADJUDGED** and **ORDERED** that the defendant's motion is **DENIED**.

**ENTER**: September 26, 2012.

_____
UNITED STATES DISTRICT JUDGE